## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William J. Turner, III <br>                      Debtor <br><br> Harley-Davidson Credit Corp <br><br>                      Movant <br> vs. <br> William J. Turner, III <br>                      Debtor <br><br> Frederick L. Reigle Esq. <br>                      Trustee | CHAPTER 13 <br><br> NO. 16-16515 SR <br><br> 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Plan of Harley-Davidson Credit Corp, which was filed with the Court on or about **January 9, 2017**.

                                                      Respectfully submitted,

                                                      **/s/ Matteo S. Weiner, Esquire**
                                                      Matteo S. Weiner, Esquire
                                                      Brian C. Nicholas, Esquire
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106
                                                      215-627-1322

March 21, 2017