United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William J. Turner, III  
      Debtor

Case No. 16-16515-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Apr 20, 2017  
                       Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2017.  
db            +William J. Turner, III,    1549 Rodney Drive,    West Chester, PA 19382-6829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:  
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    Harley-Davidson Credit Corp  
        bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       DIANA M. DIXON    on behalf of Debtor William J. Turner, III dianamdixonesq@gmail.com  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing, LLC  
        paeb@fedphe.com  
       MARIO J. HANYON    on behalf of Creditor    Ditech paeb@fedphe.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
        ecf_frpa@trustee13.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing,  
        LLC pa.bkecf@fedphe.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                     TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: William J. Turner, III
       Debtor(s)

Chapter: 13

Bankruptcy No: 16−16515−sr
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this April 19, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                   Stephen Raslavich
                                   Judge ,
                                   United States Bankruptcy Court

                                                     23
                                              Form 155