## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE**: William J. Turner                    Bankruptcy No. 16-16515

                    Debtor                    Chapter 13

### REVISED ORDER

AND NOW, the above-captioned case is dismissed as of August 24, 2017;

however, the Debtor's Attorney is permitted to seek approval of a pending Application

for Compensation

**Dated: September 6, 2017**

_____
Stephen Raslavich, B.J.