United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William J. Turner, III
   Debtor

Case No. 16-16515-sr
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: Sep 06, 2017
                    Form ID: pdf900  Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2017.
```
db             +William J. Turner, III,    1549 Rodney Drive,    West Chester, PA 19382-6829
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13806153       +DITECH,    c/o Mario J. Hanyon, Esq.,    Phelan Hallinan Diamond & Jones LLP,
                 1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103-1823
13974965       +Diana M. Dixon Esq.,    107 N. Broad Street,    Suite 307,    Doylestown, PA 18901-3755
13828873       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
13848043       +Harley-Davidson Credit Corp.,    c/o Brian C. Nicholas, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13791957       +KML Law Group, P.C.,    BNY Mellon Independ. Ctr.,    701 Market St., Ste. 5000,
                 Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 07 2017 04:32:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2017 04:31:39      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 07 2017 04:31:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13791955       +E-mail/Text: bankruptcycollections@citadelbanking.com Sep 07 2017 04:32:25      Citadel Federal Credit Union,    520 Eagle View Blvd.,    Exton, PA 19341-1119
13842521        E-mail/Text: bankruptcy.bnc@ditech.com Sep 07 2017 04:31:08     Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13791956        E-mail/Text: bankruptcy.bnc@ditech.com Sep 07 2017 04:31:08     Ditech Financial, LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
                                                                                                TOTAL: 6
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13974966*      +Diana M. Dixon, Esq.,    107 N. Broad Street,    Suite 307,    Doylestown, PA 18901-3755
13900567*       Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
                                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Harley-Davidson Credit Corp
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DIANA M. DIXON    on behalf of Debtor William J. Turner, III dianamdixonesq@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing, LLC
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Ditech paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing,
               LLC pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: William J. Turner　　　　　　　　Bankruptcy No. 16-16515

　　　　　　Debtor　　　　　　　　　　　Chapter 13

REVISED ORDER

AND NOW, the above-captioned case is dismissed as of August 24, 2017; however, the Debtor's Attorney is permitted to seek approval of a pending Application for Compensation

**Dated: September 6, 2017**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stephen Raslavich, B.J.