United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-16515-jkf
William J. Turner, III                                             Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Marie              Page 1 of 1          Date Rcvd: Oct 05, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
db            +William J. Turner, III,   1549 Rodney Drive,   West Chester, PA 19382-6829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Harley-Davidson Credit Corp
          bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
         DIANA M. DIXON    on behalf of Debtor William J. Turner, III dianamdixonesq@gmail.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
         JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing, LLC
          paeb@fedphe.com
         MARIO J. HANYON    on behalf of Creditor    Ditech paeb@fedphe.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing,
          LLC pa.bkecf@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF
## PENNSYLVANIA

**IN RE**: William J. Turner                Bankruptcy No.16-16515

                    Debtor                Chapter 13

### ORDER

      **AND NOW**, upon consideration of the Application for Compensation filed by the Debtor's  Counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,
      It is **ORDERED** that:

1.   The Application is **GRANTED.**

2.   Compensation/Reimbursement in the amount of **$3,360.00** is **ALLOWED** in favor of the

     Applicant.

3.   The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed
     compensation and reimbursement of expenses set forth in paragraph 2 above as an
     administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11
     U.S.C. Section 503 (b) and 11 U.S.C. Section 330 (a) (4) (B) less **$1,810.00,** which was

     paid by the Debtor prepetition.

4.   Reimbursement of expenses in the amount of **$360.00** for the filing fee + Costs is

     allowed.

5.   The total amount to be paid by the Trustee is **$1,550.00**.

6.   If the Applicant has not already taken reimbursement of **$310.00** from amount paid by

     the Debtor to the Applicant prepetition (e.g. by transferring the filing fee amount from a
     trust account to an operating account), the Applicant is now authorized to do so.

                               **Judge JEAN K. FITZSIMON**
                               **United States Bankruptcy Judge**

**Date: October 5, 2017**