IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :
    William J. Turner, III,            : Bankruptcy No. 16-16515-JKF
               Debtor(s)      : Chapter 13

## **PRAECIPE**

Please withdraw Document # 40, Chapter 13 Standing Trustee's Final Report. This report was filed with the incorrect attachment.

                                                                  Respectfully submitted,

Date:  September 11, 2018                    */s/ Polly A. Langdon*
                                                                 Polly A. Langdon
                                                                 Attorney for
                                                                 William C. Miller, Interim Trustee
                                                                Chapter 13 Standing Trustee - Reading